# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROBB V. PERRON, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 4:14-cv-333-CVE-PJC |
| (2) AUTOZONERS, LLC, a Nevada corporation, | ) Removed from District Court for Rogers County |
|       Defendant. | ) Case No. CJ-2014-210 |

## NOTICE OF REMOVAL

COMES NOW the Defendant Autozoners, LLC, ("Autozoners"), and pursuant to 28 U.S.C. §§ 1441 and 1446 (a) and (b), hereby gives notice of removal of this action from the District Court of Rogers County, State of Oklahoma, to the United States District Court for the Northern District of Oklahoma based upon the following:

## JURISDICTION

Removal jurisdiction based upon diversity of jurisdiction is founded on the following:

1. This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of cases.

2. The case styled *Robb V. Perron, an individual vs. Autozoners, LLC, a Nevada corporation* was filed May 20, 2014, in the District Court for Rogers County, State of Oklahoma, bearing the case number CJ-2014-210. (See Exhibit "1," Docket Sheet).

3. Perron is a resident of the State of Oklahoma.

4. Autozoners is a foreign corporation with its state of incorporation in Nevada and its principal place of business in Memphis, Tennessee.

6. Jurisdiction is based upon 28 U.S.C. §§ 1332, 1441 and 1446.

7. The amount in controversy is believed to exceed the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00), exclusive of interest and costs. In support of this belief and in compliance with *Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995), Autozoners asserts as follows:

Perron's claim against Autozoners is for retaliatory discharge in relation to an alleged wrongful discharge following Perron's filing of a workers compensation claim for medical treatment he underwent after an injury sustained while on the job. Based upon information and belief, the amount in controversy as alleged by Perron exceeds $75,000.00.

Additionally, Perron has presented a claim for punitive damages which would further support the jurisdictional amount. *See McPhail v. Deere & Company*, 529 F. 3d 947, 957 (10th Cir. 2008). Even the minimum level of conduct required to support an award of punitive damages may subject a defendant, such as in the present matter, up to $100,000.00. *See* Okla. Stat. tit. 23, § 9.1 (B) (2).

8. Autozoners was served with the petition in the underlying state court proceeding on May 22, 2014 and answered on June 13, 2014. (See Exhibit "1," Docket Sheet).

9. Attached hereto and marked as Exhibit "2" is a true and correct copy of all pleadings filed and served in the underlying civil action pending in the District Court for Rogers County, Oklahoma.

10. A copy of this Notice of Removal has been filed with the Clerk of the District Court in and for Rogers County, Oklahoma.

WHEREFORE, removal of this action to the United States District Court is proper under 28 U.S.C. § 1441(a) and (b), because there is complete diversity of citizenship between the Plaintiff Robb V. Perron and the Defendant Autozoners, LLC who is not a citizen of the state in which this action is proceeding and the amount in controversy exceeds $75,000.00.

Respectfully submitted,

**SECREST, HILL, BUTLER &SECREST**

s/Roger N. Butler, Jr.
ROGER N. BUTLER, JR., OBA #13668
DIANE M. BLACK, OBA#18653
7134 South Yale, Suite 900
Tulsa, OK 74136-6360
(918) 494-5905 Telephone
(918) 494-2847 Facsimile
**ATTORNEY FOR DEFENDANT AUTOZONERS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Stratton Taylor

s/Roger N. Butler, Jr.