# THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

**Home**  **Courts**  **Court Dockets**  **Legal Research**  **Calendar**  **Help**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY, OKLAHOMA

| Robb V. Perron<br><br>vs.<br><br>Autozoners, LLC | No. CJ-2014-210<br>(Civil relief more than $10,000: WRONGFUL TERMINATION)<br><br>Filed: 05/20/2014<br><br>Judge: Post, Dynda R. |
|---|---|

### Parties

Autozoners, LLC , Defendant
Perron, Robb V. , Plaintiff

### Attorneys

| Attorney | Represented Parties |
|---|---|
| Black, Diane M.(Bar # 18653)<br>Secrest Hill Butler & Secrest<br>7134 S. Yale, Suite 900<br>Tulsa, OK 74136 | Autozoners, LLC, |
| Butler, Robert N. Jr.(Bar # 13668)<br>Secrest Hill Butler & Secrest<br>7134 South Yale, Suite 900<br>Tulsa, OK 74136 | Autozoners, LLC, |
| Downs, Darrell W.(Bar # 12272)<br>Taylor Burrage Foster Mallett Downs Ramsey & Russell<br>400 West Fourth Street<br>P.O. Box 309<br>Claremore, OK 74018 | Perron, Robb V. |
| Pfanstiel, C Eric(Bar # 16712)<br>Taylor Burrage Foster Mallett Downs Ramsey & Russell<br>400 West Fourth Street<br>P O Box 309<br>Claremore, OK 74018 | Perron, Robb V. |



### Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

### Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

| **Issue # 1.** | Issue: WRONGFUL TERMINATION (TERMINATE) |
| --- | --- |
| | Filed by: Perron, Robb V. |
| | Filed Date: 05/20/2014 |
| **Party Name:** | **Disposition Information:** |
| | Pending. |

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05-20-2014 | TEXT | 1 | | 6102861 | May 20 2014 4:30:50:487PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| | 📄 Document Available at Court Clerk's Office | | | | | | |
| 05-20-2014 | TERMINATE | - | | 6102863 | May 20 2014 4:04:22:047PM | Realized | $ 0.00 |
| | WRONGFUL TERMINATION | | | | | | |
| 05-20-2014 | DMFE | - | | 6102864 | May 20 2014 4:04:22:077PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 05-20-2014 | PFE1 | - | | 6102865 | May 20 2014 4:32:13:247PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | |
| | 📄 Document Available (#1025700873) | | | | | | |
| 05-20-2014 | PFE7 | - | | 6102866 | May 20 2014 4:04:22:077PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 05-20-2014 | OCISR | - | | 6102867 | May 20 2014 4:04:22:077PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 05-20-2014 | CCADMIN02 | - | | 6102868 | May 20 2014 4:04:22:077PM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | |
| 05-20-2014 | OCJC | - | | 6102869 | May 20 2014 4:04:22:077PM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | |
| 05-20-2014 | OCASA | - | | 6102870 | May 20 2014 4:04:22:077PM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | | |
| 05-20-2014 | CCADMIN04 | - | | 6102871 | May 20 2014 4:04:22:077PM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | | |
| 05-20-2014 | LTF | - | | 6102872 | May 20 2014 4:04:22:187PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 05-20-2014 | SMF | - | | 6102873 | May 20 2014 4:04:22:237PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | | |

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 05-20-2014 | SMIP | - | | 6102874 | May 20 2014 4:04:22:287PM | Realized | $ 0.00 |
| | SUMMONS ISSUED - PRIVATE PROCESS SERVER | | | | | | |
| 05-20-2014 | EAA | - | | 6102881 | May 20 2014 4:31:23:387PM | - | $ 0.00 |
| | ENTRY OF APPEARANCE | | | | | | |
| | Document Available (#1025700871) | | | | | | |
| 05-20-2014 | TEXT | - | | 6102862 | May 20 2014 4:04:21:997PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE POST, DYNDA R. TO THIS CASE. | | | | | | |
| 05-20-2014 | ACCOUNT | - | | 6102883 | May 20 2014 4:07:50:457PM | - | $ 0.00 |
| | RECEIPT # 2014-428545 ON 05/20/2014.<br>PAYOR:TAYLOR BURRAGE MALLETT FOSTER DOWNS & RAMSEY TOTAL AMOUNT PAID: $218.70.<br>LINE ITEMS:<br>CJ-2014-210: $168.00 ON AC01 CLERK FEES.<br>CJ-2014-210: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2014-210: $0.70 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2014-210: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2014-210: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2014-210: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2014-210: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2014-210: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | | | | |
| 05-28-2014 | SMS | - | | 6112490 | May 28 2014 4:45:46:320PM | - | $ 0.00 |
| | SUMMONS RETURNED, SERVED:AUTOZONERS, LLC BY CERTIFIED MAIL | | | | | | |
| | Document Available (#1025904610) | | | | | | |
| 06-12-2014 | EAA | - | | 6132655 | Jun 13 2014 9:10:02:723AM | - | $ 0.00 |
| | ENTRY OF APPEARANCE | | | | | | |
| | Document Available (#1026223273) | | | | | | |
| 06-13-2014 | EAA | - | | 6134472 | Jun 13 2014 4:01:04:890PM | - | $ 0.00 |
| | ENTRY OF APPEARANCE( ROGER N BUTLER JR. ON BEHALF OF AUTOZONERS LLC) | | | | | | |
| | Document Available (#1026247297) | | | | | | |
| 06-13-2014 | EAA | - | | 6134477 | Jun 13 2014 3:59:58:190PM | - | $ 0.00 |
| | ENTRY OF APPEARANCE(DIANE M. BLACK ON BEHALF OF DEFENDANT AUTOZONERS LLC) | | | | | | |
| | Document Available (#1026247294) | | | | | | |
| 06-13-2014 | A | - | | 6134478 | Jun 13 2014 4:02:18:500PM | - | $ 0.00 |
| | ANSWER | | | | | | |
| | Document Available (#1026247299) | | | | | | |

Report Generated by The Oklahoma Court Information System at June 18, 2014 11:33 AM

End of Transmission.