FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

MAY 20 2014

KIM HENRY, COURT CLERK

DEPUTY

## IN THE DISTRICT COURT OF ROGERS COUNTY
## STATE OF OKLAHOMA

ROBB V. PERRON, an individual,          )
                                        )
          Plaintiff,                    )     Case No. **CJ-2014 - 210**
                                        )
vs.                                     )
                                        ) ATTORNEY LIEN CLAIMED
AUTOZONERS, LLC, a Nevada corporation,  ) JURY TRIAL DEMANDED
                                        )
          Defendant.                    )

### PETITION

COMES NOW the Plaintiff, Robb V. Perron ("Plaintiff"), by and through counsel, and for his cause of action against the Defendant, Autozoners, LLC ("Defendant"), alleges and states as follows:

1.      Plaintiff is a resident of Rogers County, Oklahoma.

2.      Defendant Autozoners, LLC is a Nevada limited liability company doing business in the State of Oklahoma.

3.      The acts giving rise to this action occurred in Rogers County, Oklahoma.

4.      85 Okla. Stat. § 341 of the Worker's Compensation Code in effect at the time of the injury grants the district court exclusive jurisdiction over this action.

5.      This Court has jurisdiction over the parties and subject matter of this action and venue is proper.

### COUNT I – RETALIATORY DISCHARGE

**EXHIBIT 2**

6.      Plaintiff adopts and incorporate Paragraphs 1 through 5 herein.

7.      Plaintiff was employed by Defendant from September 2008 until his termination by the Defendant on or about October 31, 2013.

8.      On or about September 5, 2013, Plaintiff suffered a work-related back injury.

9.      This injury constitutes an on-the-job injury which occurred during his employment with the Defendant and prior to his termination of employment.

10.     Plaintiff notified Defendant of the injury on September 6, 2013 by advising his immediate supervisor.

11.     Thereafter, Plaintiff continued working until September 24, 2013, when the injury required him to stop working.

12.     On September 30, 2013, Plaintiff was treated for the injury by his primary care physician, who determined that Plaintiff was unable to return to work at that time.

13.     Defendant was provided notice of this examination and the physician's findings, and was on notice that Plaintiff had been treated for a work-related injury.

14.     On or about October 31, 2013, Defendant terminated Plaintiff's employment.

15.     On or about November 11, 2013, Plaintiff was treated by Kenneth R. Trinidad, D.O., who determined that Plaintiff had been temporarily totally disabled since September 2013, and continued to be so.

16.     On or about November 25, 2013, Plaintiff filed a claim with the Worker's Compensation Court.

17.     On or about April 12, 2014, an Order awarding temporary total disability benefits from September 17, 2013 was entered in the Worker's Compensation Court.

18.     Defendant's actions constitute a violation of 85 Okla. Stat. § 341, which prohibits an employer from terminating an employee for instituting a worker's compensation proceeding or while that employee is not working during a period of temporary total disability.

19.     As a result of Defendant's unlawful actions, Plaintiff has sustained financial losses, including lost wages and employee benefits, mental and emotional distress, and has been damaged in an amount in excess of $75,000.00.

2

20.    Defendant's conduct was intentional, willful, malicious and in reckless disregard for the rights of Plaintiff.    As a result, Plaintiff is entitled to punitive damages in an amount in excess of $75,000.00.

WHEREFORE, premises considered, Plaintiff prays for judgment in his favor and against Defendant, Autozoners, LLC, for both actual and punitive damages, attorney fees, interest, costs, interest, and for such other and further relief as the court deems just and equitable.

Respectfully submitted,

R. STRATTON TAYLOR, OBA #10142
Email:    staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
Email:    ddowns@soonerlaw.com
C. ERIC PFANSTIEL, OBA #16712
Email:    epfanstiel@soonerlaw.com
**TAYLOR, BURRAGE, FOSTER, MALLETT, DOWNS,
    RAMSEY & RUSSELL**
400 West Fourth Street; P.O. Box 309
Claremore, Oklahoma 74018
Telephone:    918-343-4100
Facsimile:    918-343-4900
***Attorneys for Plaintiff***

ATTORNEY LIEN CLAIMED
JURY TRIAL DEMANDED

3

## SUMMONS
## IN THE DISTRICT COURT OF ROGERS COUNTY
## STATE OF OKLAHOMA
*200 S. Lynn Riggs Blvd., Claremore, OK 74017*

ROBB V. PERRON, an individual,
             Plaintiff,

vs.

AUTOZONERS, LLC, a Nevada corporation,
             Defendant.

Case No. **CJ-2014-210**

*FILED IN THE DISTRICT COURT*
*ROGERS COUNTY OKLAHOMA*

MAY 28 2014

*KIM HENRY, COURT CLERK*

**TO THE ABOVE NAMED DEFENDANT(S):**

        **AUTOZONERS, LLC**
        c/o The Corporation Company
        1833 S. Morgan Road
        Oklahoma City, OK 73128

      You have been sued by the above-named Plaintiff(s), and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service.   Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

      Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

      ISSUED this 20th day of May, 2014.

                    **KIM HENRY, Court Clerk**
                    **District Court of Rogers County**

(SEAL)
                    BY:_____
                          Deputy Court Clerk

**Attorney(s) for Plaintiff:**
Name:      R. Stratton Taylor, OBA #10142; Darrell W. Downs, OBA #12272
            C. Eric Pfanstiel, OBA #16712
Address:   Taylor, Burrage, Foster, Mallett, Downs, Ramsey & Russell
            400 West Fourth Street, P.O. Box 309
            Claremore, OK  74018
Telephone:  918/343-4100;  Fax:  918/343-4900

This Summons was served on _____ May 22, 2014 _____
                      (date of service)

_____
          (Signature of person serving summons)

**YOU MAY SEEK THE ADVISE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

STATE OF OKLAHOMA      )
                           )  ss.           **VERIFIED RETURN OF SERVICE**

COUNTY OF ROGERS       )                  **BY SPECIAL SERVICE OFFICER**

The undersigned, of lawful age, being duly sworn under oath deposes and says as follows, to-wit:

The undersigned is a responsible citizen of the County, not a party to, or interested in the action, appointed as **SPECIAL SERVICE OFFICER** as provided by 12 O.S. § 158.

I received the foregoing Summons and Petition on the _____ day of _____, 2014, and executed and served the same in the following manner:

### PERSONAL SERVICE

By delivering a copy to the following named persons personally in said County, at the addresses and on the date set forth:

| Name of Party | Address | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I served _____ by delivering a copy of the Summons and attached Petition at _____, his/her usual place of residence in said County with _____, a member of his/her family over 15 years of age on the _____ day of _____, 2014.

### CORPORATION RETURN

I served _____, a corporation, partnership or association, by delivering a copy of the Summons and attached Petition to _____, who is an officer, managing agent, general agent or an agent authorized by appointment or by law to receive service on the _____ day of _____, 2014.

### SERVICE BY MAIL

I mailed a copy of the Summons with attached Petition to the following parties at the address shown, by certified mail, return receipt requested, with delivery restricted to the addressee on the _20th_ day of _May_____, 2014.

| Name of Party | Address | Date Receipted |
|---|---|---|
| Autozoners, LLC | c/o The Corporation Company 1833 S. Morgan Road Oklahoma City, OK 73128 | 5/22/2014 |

### NOT FOUND

The following named persons are **NOT FOUND** in said County:

_____

_____

                                          _____

                                          SPECIAL SERVICE OFFICER

FEE FOR SERVICE $ _____

Subscribed and sworn to before me this _____ day of_____, 2014.

(SEAL)                                 _____

                                          NOTARY PUBLIC

My Commission Expires: _____

Commission No.: _____

**CERTIFIED MAIL**

RE: Perron/Autozoners

7144 4444 4440 0000 2020

AUTOZONERS, LLC
C/O THE CORPORATION COMPANY
1833 S. MORGAN ROAD
OKLAHOMA CITY OK 73128

RECEIPT
7144 4444 4440 0000 2020

FROM:
C. Eric Pfanstiel
RE: Perron/Autozoners

SEND TO:
Autozoners, LLC
c/o The Corporation Company
1833 S. Morgan Road
Oklahoma City OK 73128

FEES:
Postage            0.46
Certified Fee      3.10
Special
Restricted
Receipt            2.55
TOTAL           $ 6.11
POSTMARK OR DATE

---

C. ERIC PFANSTIEL
TAYLOR BURRAGE FOSTER MALLETT
DOWNS RAMSEY & RUSSELL
P.O. BOX 309
CLAREMORE, OK 74018

| 4. Restricted Delivery? | 3. Service Type |
| (Extra Fee) ☐ Yes | **CERTIFIED** |

2. Article Number

7144 4444 4440 0000 2020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee ☐ Agent)
X

B. Received By: (Please Print Clearly)

C. Date of Delivery
MAY 2 2 2014

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City          State       ZIP + 4 Code

7144 4444 4440 0000 2020

1. Article Addressed To:

AUTOZONERS, LLC
C/O THE CORPORATION COMPANY
1833 S. MORGAN ROAD
OKLAHOMA CITY OK 73128

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

## IN THE DISTRICT COURT OF ROGERS COUNTY
## STATE OF OKLAHOMA

MAY 20 2014

| | |
|---|---|
| ROBB V. PERRON, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AUTOZONERS, LLC, a Nevada corporation, | ) |
| | ) |
| Defendant. | ) |

KIM HENRY, COURT CLERK

Case No. **CJ-2014-**$\overline{\phantom{210}}$210

DEPUTY

### ENTRY OF APPEARANCE

COME NOW R. Stratton Taylor, Darrell W. Downs and C. Eric Pfanstiel of the law firm of

Taylor, Burrage, Foster, Mallett, Downs, Ramsey & Russell, Claremore, Oklahoma, and hereby

enter their appearance as counsel for the Plaintiff, Robb V. Perron.

Respectfully submitted,

R. STRATTON TAYLOR, OBA #10142
Email:   staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
Email:   ddowns@soonerlaw.com
C. ERIC PFANSTIEL, OBA #16712
Email:   epfanstiel@soonerlaw.com
**TAYLOR, BURRAGE, FOSTER, MALLETT, DOWNS,**
    **RAMSEY & RUSSELL**
400 West Fourth Street; P.O. Box 309
Claremore, Oklahoma 74018
Telephone:    918-343-4100
Facsimile:    918-343-4900
*Attorneys for Plaintiff*

## IN THE DISTRICT COURT OF ROGERS COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| **ROBB V. PERRON, an individual,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Case No. CJ-2014-210** |
| | ) |
| **AUTOZONERS, LLC, a Nevada** | ) |
| **corporation,** | ) |
| | ) |
| **Defendant.** | ) |

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

JUN 1 2 2014

KIM HENRY, COURT CLERK

DEPUTY

### ENTRY OF APPEARANCE

COME NOW James K. Secrest, II and Seth A. Caywood of Secrest, Hill, Butler & Secrest and hereby enter their appearance as counsel on behalf of the Defendant Autozoners, LLC. These attorneys would state that they are admitted to practice before this Court and request that all further pleadings, correspondence and notices on behalf of the Defendant Autozoners, LLC be forwarded to them.

Respectfully submitted,

**SECREST, HILL, BUTLER & SECREST**

By: _____
JAMES K. SECREST, II (OBA #8049)
SETH A. CAYWOOD (OBA #30517)
7134 South Yale Avenue, Suite 900
Tulsa, Oklahoma 74136
(918) 494-5905 Telephone
(918) 494-2847 Facsimile
jsecrest3@secresthill.com
scaywood@secresthill.com
**ATTORNEYS FOR DEFENDANT
AUTOZONE**

## CERTIFICATE OF MAILING

This is to certify that a true and correct copy of the foregoing was deposited in the U.S. Mail this  11  day of June, 2014, addressed to the following, with proper postage thereon fully prepaid:

R. Stratton Taylor
Darrell W. Downs
C. Eric Pfanstiel
TAYLOR, BURRAGE, FOSTER, MALLETT,
    DOWNS, RAMSEY & RUSSELL
400 West Fourth Street
PO Box 309
Claremore, OK 74018

102/13003/pldg/EOA

𝒳

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

JUN 13 2014

KIM HENRY, COURT CLERK

## IN THE DISTRICT COURT OF ROGERS COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| **ROBB V. PERRON, an individual,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. CJ-2014-210** |
| | ) |
| **AUTOZONERS, LLC, a Nevada** | ) |
| **corporation,** | ) |
| | ) |
| **Defendant.** | ) |

### ENTRY OF APPEARANCE

Roger N. Butler, Jr., enters his appearance as counsel for the defendant, Autozoners,

LLC, in this matter.

Respectfully submitted,

**SECREST, HILL, BUTLER & SECREST**

By: _____

ROGER N. BUTLER, JR., OBA #13668
7134 South Yale Avenue, Suite 900
Tulsa, Oklahoma 74136
(918) 494-5905 Telephone
(918) 494-2847 Facsimile
rbutler@secresthill.com
**ATTORNEYS FOR DEFENDANT**
**AUTOZONERS, LLC**



## CERTIFICATE OF SERVICE

I certify that on the /2 day of June, 2014, I served a true and correct copy of the above and foregoing instrument via U.S. Mail with sufficient postage prepaid affixed thereon, on the following:

R. Stratton Taylor, Esq.
Darrell W. Downs, Esq.
C. Eric Pfanstiel, Esq.
TAYLOR, BURRAGE, FOSTER, MALLETT,
   DOWNS, RAMSEY & RUSSELL
400 West Fourth Street
PO Box 309
Claremore, OK 74018
ATTORNEYS FOR PLAINTIFF

102/13003/pldg/EOA of RNB

## IN THE DISTRICT COURT OF ROGERS COUNTY
## STATE OF OKLAHOMA

**ROBB V. PERRON, an individual,**      )
                                        )
**Plaintiff,**                          )
                                        )
**v.**                                  )   **Case No. CJ-2014-210**
                                        )
**AUTOZONERS, LLC, a Nevada**           )
**corporation,**                        )
                                        )
**Defendant.**                          )

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

JUN 13 2014

HENRY COURT CLERK

## ENTRY OF APPEARANCE

Diane M. Black, enters her appearance as additional counsel for the defendant,

Autozoners, LLC, in this matter.

Respectfully submitted,

**SECREST, HILL, BUTLER & SECREST**

By:

ROGER N. BUTLER, JR., OBA #13668
DIANE M. BLACK, OBA #18653
7134 South Yale Avenue, Suite 900
Tulsa, Oklahoma 74136
(918) 494-5905 Telephone
(918) 494-2847 Facsimile
rbutler@secresthill.com
dblack@secresthill.com
**ATTORNEYS FOR DEFENDANT**
**AUTOZONERS, LLC**

## CERTIFICATE OF SERVICE

I certify that on the $\underline{12}$ day of June, 2014, I served a true and correct copy of the above and foregoing instrument via U.S. Mail with sufficient postage prepaid affixed thereon, on the following:

R. Stratton Taylor, Esq.
Darrell W. Downs, Esq.
C. Eric Pfanstiel, Esq.
TAYLOR, BURRAGE, FOSTER, MALLETT,
   DOWNS, RAMSEY & RUSSELL
400 West Fourth Street
PO Box 309
Claremore, OK 74018
ATTORNEYS FOR PLAINTIFF

102/13003/pldg/EOA of DMB

## IN THE DISTRICT COURT OF ROGERS COUNTY
## STATE OF OKLAHOMA

ROBB V. PERRON, an individual, )
　　　　　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiff, 　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　）
v. 　　　　　　　　　　　　　　　　　　　) 　　Case No. CJ-2014-210
　　　　　　　　　　　　　　　　　　　　　）
AUTOZONERS, LLC, a Nevada 　　　　　）
corporation, 　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　）
　　　　　　Defendant. 　　　　　　　　　)

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

JUN 13 2014

KIM HENRY, COURT CLERK

### ANSWER

Defendant, Autozoners, LLC (Autozoners), submits its answer to plaintiff's petition in numerical sequence as follows:

1.　　Autozoners is without sufficient information to admit or deny the allegations contained in paragraph 1 of plaintiff's petition, therefore they are denied at this time.

2.　　Autzoners admits the allegations contained in paragraph 2 of plaintiff's petition.

3.　　Autzoners admits the allegations contained in paragraph 3 of plaintiff's petition.

4.　　Autzoners denies the allegations contained in paragraph 4 of plaintiff's petition.

5.　　Autzoners denies the allegations contained in paragraph 5 of plaintiff's petition.

### COUNT I—RETALIATORY DISCHARGE

6.　　Autozoners adopts and incorporates paragraphs 1 through 5 herein.

7.　　Autozoners admits that the plaintiff was employed by it from approximately September 2008 through October 31, 2013.　Autozoners denies the remaining allegations contained in paragraph 7 of plaintiff's petition.

8.　　Autzoners admits the allegations contained in paragraph 8 of plaintiff's petition.



9.     Autozoners admits that the plaintiff's work related back injury, which took place on or about September 5, 2013, constitutes an on-the-job injury which occurred during his employment with Autozoners. Autozoners denies the remaining allegations contained in paragraph 9 of plaintiff's petition.

10.    Autzoners is without sufficient information to either admit or deny the allegations contained in paragraph 10 of plaintiff's petition, therefore they are denied at this time.

11.    Autzoners is without sufficient information to either admit or deny the allegations contained in paragraph 11 of plaintiff's petition, therefore they are denied at this time.

12.    Autzoners is without sufficient information to either admit or deny the allegations contained in paragraph 12 of plaintiff's petition, therefore they are denied at this time.

13.    Autzoners is without sufficient information to either admit or deny the allegations contained in paragraph 13 of plaintiff's petition, therefore they are denied at this time.

14.    Autzoners denies the allegations contained in paragraph 14 of plaintiff's petition.

15.    Autzoners is without sufficient information to either admit or deny the allegations contained in paragraph 15 of plaintiff's petition, therefore they are denied at this time.

16.    Autzoners admits the allegations contained in paragraph 16 of plaintiff's petition.

17.    Autzoners admits the allegations contained in paragraph 17 of plaintiff's petition.

18.    Autzoners denies the allegations contained in paragraph 18 of plaintiff's petition.

19.    Autzoners denies the allegations contained in paragraph 19 of plaintiff's petition.

20.    Autzoners denies the allegations contained in paragraph 20 of plaintiff's petition.

## AFFIRMATIVE DEFENSES

1.     Plaintiff fails to state a claim upon which relief may be granted.

2.     Autozoners generally and specifically denies plaintiff's allegations of damages.

2

3.      Autozoners denies that it, its agents, servants or employees are guilty of retaliation and/or interference in regard to plaintiffs' employment.

4.      Autozoners denies that any alleged termination of plaintiff's employment was motivated by plaintiff's application for benefits under the Oklahoma Workers' Compensation Act.

5.      All actions taken by Autozoners with regard to plaintiff were motivated by legitimate, non-discriminatory, and non-retaliatory business reasons

6.      The plaintiff cannot establish a *prima facie* case of wrongful termination or retaliatory discharge in violation of Title 85 O.S. §§ 5, 6.

7.      Plaintiff was an at-will employee.

8.      The allegations advanced by the plaintiff in his petition were not a factor, let alone a motivating factor, regarding the terms and conditions of his employment with Autozoners.

9.      Autozoners's actions regarding the plaintiff were based on legitimate business judgment and decisions.

10.     Autozoners would have reached the same employment decisions relative to plaintiff's employment even in the absence of his work related injury.

11.     Autozoners denies liability and denies that the plaintiff has sustained any damages. In the alternative, the plaintiff has failed to mitigate his damages as required by law.

12.     Autozoners states that at all times its conduct was appropriate and legal

13.     Autozoners states that the plaintiff fails to state a good and valid claim against it for punitive damages and further denies that it has committed any act or omission which would entitle the plaintiff to recover punitive damages.

3

14.     Plaintiff's claim for punitive damages is unconstitutional and in violation of the due process clauses contained in the Fifth and Fourteenth Amendments to the United States Constitution and in Section 7, Article II of the Oklahoma Constitution in that, among other reasons, the standards for an award of punitive damages are unconstitutionally vague, and the issue is so prejudicial as to render an award the product of bias and passion in a way lacking the basic elements of fundamental fairness, in the absence of existing statutory limitations on a maximum possible award, and could unfairly result in an award bearing no relation to the nature and extent of the plaintiff's injuries, if any.

15.     Plaintiff's claim for punitive damages is unconstitutional under Article II, Section 9 of the Oklahoma Constitution in that, among other reasons, it constitutes an excessive fine designed to punish a wrongdoer for the benefit of society.

16.     The plaintiff fails to state a valid claim for attorney fees.

17.     Autozoners contends that plaintiff resigned voluntarily from his employment.

18.     If there are any material allegations which Autozoners has not denied, and which adversely affect its rights, it here and now denies them.

19.     Autozoners' investigation and discovery have not been completed, and therefore it reserves the right to amend this answer to allege any further defenses, affirmative defenses or third party claims that such investigation and discovery may reveal.

WHEREFORE, premises considered, the Defendant AutoZoners, LLC prays it be dismissed from this action with costs and attorney fees expended herein, and any and all other relief this court may deem just and proper.

4

Respectfully submitted,

**SECREST, HILL, BUTLER & SECREST**

ROGER N. BUTLER, JR., OBA #13668
DIANE M. BLACK, OBA #18653
7134 South Yale Avenue, Suite 900
Tulsa, Oklahoma 74136
(918) 494-5905 Telephone
(918) 494-2847 Facsimile
rbutler@secresthill.com
dblack@secresthill.com
**ATTORNEYS FOR DEFENDANT
AUTOZONERS, LLC**

## CERTIFICATE OF SERFVICE

I certify that on the /2 day of June, 2014, I served a true and correct copy of the above and foregoing instrument via U.S. Mail with sufficient postage prepaid affixed thereon, on the following:

R. Stratton Taylor, Esq.
Darrell W. Downs, Esq.
C. Eric Pfanstiel, Esq.
TAYLOR, BURRAGE, FOSTER, MALLETT,
    DOWNS, RAMSEY & RUSSELL
400 West Fourth Street
PO Box 309
Claremore, OK 74018
ATTORNEYS FOR PLAINTIFF

102/13003/pldg/Answer to Plaintiff's Petition